Opinion issued February 9, 2017



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-16-00842-CV

_____

**DAVID REED, Appellant**

**V.**

**ASPHALT MANAGEMENT, INC. AND STEPHEN JENKINS, Appellees**

---

On Appeal from the County Civil Court at Law No. 3
Harris County, Texas
Trial Court Case No. 1065003

---

## MEMORANDUM OPINION

Appellant, David Reed, has neither established indigence for purposes of

appellate costs nor made arrangements to pay the fee for preparing the clerk's record.

*See* TEX. R. CIV. P. 145; TEX. R. APP. P. 37.3(b). After being notified that this appeal

was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 42.3(b), (c).

Accordingly, we dismiss the appeal for want of prosecution. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Jennings and Bland.